UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MICKY LANE HAMMOCK | ) | |
| | ) | |
| v. | ) | NO. 3:14-0853 |
| | ) | JUDGE CAMPBELL |
| SOCIAL SECURITY ADMINISTRATION | ) | |
| and SSA-EMAIL NOTIFICATION | ) | |

ORDER

This case is REFERRED to the Magistrate Judge for a report and recommendation.

IT IS SO ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE